# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# EVANSVILLE DIVISION

| | |
|---|---|
| REXING QUALITY EGGS, ) | |
|     Plaintiff, ) | |
| v. ) | |
| ) | |
| REMBRANDT ENTERPRISES, INC., ) | |
|     Defendant. ) | |
| ) | |
| ) | Case No. 3:17-CV-141-RLY-MPB |
| REMBRANDT ENTERPRISES, INC., ) | |
|     Counterclaim Plaintiff, ) | |
| v. ) | |
| ) | |
| REXING QUALITY EGGS, JOSEPH ) | |
| L. REXING, LEO R. REXING and ) | |
| DYLAN REXING, ) | |
|     Counterclaim Defendants. ) | |

## PLAINTIFF AND COUNTERCLAIM DEFENDANTS'
## PRELIMINARY WITNESS AND EXHIBIT LISTS

Come now Plaintiff and Counterclaim Defendant, Rexing Quality Eggs and Counterclaim Defendants, Joseph L. Rexing, Leo R. Rexing and Dylan Rexing (collectively referred to herein as "Rexing"), by counsel, Jackson Kelly PLLC, and for their Preliminary Witness and Exhibit Lists state as follows:

### WITNESS LIST

1. Representatives of Rexing, including but not limited to Joseph L. Rexing, Leo R. Rexing, and Dylan Rexing;

2. Agents and representatives of Defendant/Counterclaim Plaintiff, Rembrandt Enterprises, Inc. ("Rembrandt"), past and present, including but not limited to

1

       Mike Gidley, Riley Pohlman, David Rettig, Paul Haggist, Ben Sivertson and Mariah Jink;

3. Agents and representatives of Caldwell Foods, including but not limited to Billy Caldwell and Carla Schaumleffel, located at 469 Piney Creek Rd W, P.O. Box 7, Rose Bud, AR 72137; Phone: (501) 556-5278.

4. Agents and representatives of Hickman's Family Farms, including but not limited to Glenn Hickman, located at 6515 Jackrabbit Trail, Buckeye, AZ 85326; Phone: (623) 872-1120.

5. Agents and representatives of Sunrise Farm located at 31952 Bahner Quarry Rd, Tipton, MO 65081, contact name and number unknown.

6. Agents and representatives of Chad Ragsdale Farms LLC located 30638 Bahner Quarry Rd., Tipton, MO 65081, contact name and number unknown.

7. Agents and representatives of Hentges Farms LRC, LLC and Hentges Farms LLC, both located at 32799 Richland Creek Rdl, Tipton, MO 65081, contact name and number unknown.

8. Any and all witnesses listed by Rembrandt;

9. Any witness necessary for rebuttal or impeachment testimony;

10. Any other witness necessary to authenticate and/or verify or establish the admissibility of any of the exhibits listed in Rexing's Exhibit List herein;

11. Any witness disclosed by subsequent discovery;

12. This list is exclusive of any witnesses who may be called solely for impeachment purposes.

13. Rexing reserves the right to supplement this list upon the discovery of additional witnesses.

Rexing reserves the right to amend, modify and/or supplement this Witness List due to ongoing discovery and trial preparation. In addition, the listing of a witness on the Witness List herein does not require the Rexing to call that witness to testify, either live or by deposition.

## EXHIBIT LIST

As noted above, Rexing has not fully completed discovery or preparation for trial in this matter so no final decision on exhibits and/or trial evidence has been reached. With that being said, Rexing may rely on the following documents to support its claims:

1. Any and all communication between Rexing and Rembrandt or among Rexing, Rembrandt, and third-parties;

2. Any and all communication between Rexing and third-parties concerning Rembrandt or the eggs purchased or supplied by Rembrandt;

3. Recordings and transcripts of recordings of any and all conversations between Rexing and Rembrandt;

4. The Agreement between Rexing and Rembrandt dated September 2, 2016 and any drafts thereof;

5. Any and all documents or communications relating to the Agreement between Rexing and Rembrandt dated September 2, 2016;

6. Any and all purchase orders, invoices, shipping orders, Egg Receiving Sheets, Settlement Sheets, Gradeout Sheets, Reconciliations, inventory lists, checks, receipts and other documents relating to the purchase, supply, shipment, and/or receipt of the eggs at issue;

7. Any and all pictures and video of the eggs sold or supplied to Rexing;

8. Any and all documents produced by Rexing to Rembrandt in this case;

9. Any and all documents produced by Rembrandt to Rexing in this case;

10. Any and all documents produced by third-parties in response to a subpoena duces tecum or request for production propounded by either Rembrandt or Rexing;

11. Any depositions taken in this matter;

12. Any documents utilized as a deposition exhibit;

13. Any exhibits used for rebuttal or impeachment evidence;

14. Any and all exhibits listed by any party or discovered hereafter;

15. Any and all documents produced by any party and/or non-party to this action;

16. Any and all reports, materials, records, charts, tables, data compilations, statistics, articles, scholarly journals, etc. prepared by and/or reviewed by any expert witness expected to testimony in this manner;

17. Any exhibits listed by the other parties;

18. Any exhibits disclosed by subsequent discovery.

Rexing reserves the right to amend, modify and/or supplement this Exhibit List due to ongoing discovery and trial preparation. In addition, the listing of an exhibit on this Exhibit List herein does not require Rexing to introduce said exhibit at a trial.

Dated:  February 9, 2018

Respectfully submitted,

**JACKSON KELLY PLLC**

*/s/* James D. Johnson
James D. Johnson, #11984-49
Spencer W. Tanner, # 32436-49
221 N.W. Fifth Street
PO Box 1507
Evansville, Indiana  47706-1507
Telephone: (812) 422-9444
Facsimile: (812) 421-7459
E-Mail: jdjohnson@jacksonkelly.com;
 spencer.tanner@jacksonkelly.com

### CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2018, the foregoing was filed electronically and service was made on all ECF-registered counsel by operation of the Court's Electronic Filing System:

Tony W. Fehrenbacher
Jeremy A. Williamson
Andrew J. Manion
**MANION STIGGER LLP**
20 NW First Street, Suite 200
Evansville, IN 47708

*/s/* James D. Johnson
James D. Johnson

5