UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| REXING QUALITY EGGS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| REMBRANDT ENTERPRISES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ———————————————— | ) | No. 3:17-cv-00141-JMS-MPB |
| REMBRANDT ENTERPRISES, INC., | ) | |
| | ) | |
| Counterclaim Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| REXING QUALITY EGGS, JOSEPH L. | ) | |
| REXING, LEO R. REXING, and DYLAN | ) | |
| REXING, | ) | |
| | ) | |
| Counterclaim Defendants. | ) | |
| | ) | |

**AMENDED JUDGMENT**

Pursuant to the Court's order on this date, the Court enters **FINAL JUDGMENT** in favor of Rembrandt Enterprises, Inc., and against Rexing Quality Eggs, Joseph L. Rexing, Leo R. Rexing, and Dylan Rexing in the amount of **$1,522.302.61**.  Additionally, pursuant to Iowa Code. § 535.5, the Court enters **FINAL JUDGMENT** in favor of the **State of Iowa** and against Rexing Quality Eggs, Joseph L. Rexing, Leo R. Rexing, and Dylan Rexing in the amount of

eight cents on the hundred by the year upon **$1,522.302.61**, which is the amount of the

principal remaining unpaid upon the contract at the time judgment is rendered.


Date: March 31, 2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana


Laura A. Briggs, Clerk

BY: _____

Deputy Clerk, U.S. District Court


**Distribution via ECF only to all counsel of record.**


**Distribution via U.S. Mail to:**

**Michael L. Fitzgerald**
State Treasurer's Office
Capitol Building
1007 E. Grand Ave.
Des Moines, IA 50319

**Attorney General Tom Miller**
Office of the Attorney General of Iowa
Hoover State Office Building
1305 E. Walnut St.
Des Moines, IA 50319