# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# EVANSVILLE DIVISION

| | |
|---|---|
| REXING QUALITY EGGS, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>REMBRANDT ENTERPRISES, INC., )<br>)<br>Defendant. )<br>_____ )<br>)<br>REMBRANDT ENTERPRISES, INC., )<br>)<br>Counterclaim Plaintiff, )<br>v. )<br>)<br>REXING QUALITY EGGS, JOSEPH L. )<br>REXING, LEO R. REXING, and DYLAN )<br>REXING, )<br>)<br>Counterclaim Defendants. ) | Case No. 3:17-cv-00141-JMS-MPB |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff and Counterclaim Defendants, Rexing Quality Eggs, Joseph L. Rexing, Leo R. Rexing and Dylan Rexing, hereby appeal to the United States Court of Appeals for the Seventh Circuit the District Court's Amended Judgment dated March 31, 2020 (Doc. 252) pursuant to Fed. R. App. P. 3(a)(1).

Dated: April 30, 2020              Respectfully Submitted,

**JACKSON KELLY PLLC**

*s/* James D. Johnson
James D. Johnson, #11984-49
Spencer W. Tanner, #32436-49
221 N.W. Fifth Street
P.O. Box 1507
Evansville, IN 47706

Phone: (812) 422-9444<br>
Fax: (812) 421-7459<br>
Email: jdjohnson@jacksonkelly.com;<br>
spencer.tanner@jacksonkelly.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2020, the foregoing document was electronically filed using the Court's E-Filing System (CM/ECF) and a copy of the same was served upon the following counsel of record via CM/ECF:

Matthew R. Veenstra
KUTAK ROCK LLP
60 S. Sixth Street, Suite 3400
Minneapolis, MN 55402
matthew.veenstra@kutakrock.com

Dirck H. Stahl
ZIEMER STAYMAN WEITZEL SHOULDERS, LLP
20 NW First Street
Evansville, IN 47706
DStahl@zsws.com

*s/* James D. Johnson
James D. Johnson