UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| REXING QUALITY EGGS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:17-cv-00141-JMS-MPB ) |
| REMBRANDT ENTERPRISES, INC., | ) ) |
| Defendant. | ) ) |
| REMBRANDT ENTERPRISES, INC., | ) ) |
| Counter Claimant, | ) ) |
| v. | ) ) |
| REXING QUALITY EGGS, LEO R. REXING, DYLAN REXING, JOSEPH L REXING, | ) ) ) ) ) |
| Counter Defendants. | ) |

**AMENDED FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

Pursuant to the Court's order on this date, the Court now enters **FINAL JUDGMENT** in this action in favor of Rembrandt Enterprises, Inc., and against Rexing Quality Eggs, Joseph L. Rexing, Leo R. Rexing, and Dylan Rexing, for a total amount of **$2,689,965.55**. This figure includes:

- Prior judgment amount of $1,522,302.61;

- Prejudgment interest through November 20, 2019 of $421,306.31;

- Post-judgment interest of $49,544.02;

- Attorneys' fees and costs through December 31, 2019 of $527,397.36;

- Attorneys' fees and costs on appeal of *Rexing I* of $155,665.92; and

1

- Attorneys' fees and costs related to judgment collection discovery and motion practice of $13,749.33.

Date: 12/16/2021

*Jane Magnus-Stinson*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record.**